FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

## COMPLAINT

Ocie Hoskins 75124
El Post Box 1419
Leakesville MS 39451
(Enter above the full name of the plaintiff or plaintiffs and prisoner number of each plaintiff in this action)

V.

CIVIL ACTION NUMBER: 2:10cv155-KS-MTP
(to be completed by the Court)

FILED JUN 21 2010 J.T. NOBLIN, CLERK  BY_____ DEPUTY

Mr C Epps   comm
Penny Bufkin CID Investigation
Cap Reed
(Enter above the full name of the defendant or defendants in this action)

## OTHER LAWSUITS FILED BY PLAINTIFF

**NOTICE AND WARNING:**
The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed.

A. Have you ever filed any other lawsuits in a court of the United States?   Yes ( )   No (✓)

B. If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse side of this page or additional sheets of paper.)

   1. Parties to the action:_____

   2. Court (if federal court, name the district; if state court, name the county):_____

   3. Docket Number:_____

   4. Name of judge to whom case was assigned:_____

   5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?): NO

1

## PARTIES

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank. Do the same for additional plaintiff, if any).

I. Name of plaintiff: Ocie Hoskins          Prisoner Number: 75124

   Address: Post Box 1419

   Leakesville ms 39451          SMCI

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions, and places of employment of any additional defendants.)

II. Defendant: ~~CAP Lew CAP Hillmon Lew~~ Lt Brewer          is employed as

   Post Box 14 19 Leakesville ms 39451          at SMCI

The plaintiff is responsible for providing the court the name and address of each plaintiff(s) as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF(S):

NAME:
Ocie Hoskins 75124

ADDRESS:
Post Box 1419 Leakesville ms 39451 SMCI
Post Box 14 19 Leakesville ms 39451
Post Box 14 19 Leakesville ms 39451

DEFENDANT(S):

NAME:
CAP Lew  CAP Hillmon
Lt Pork   CAP Lanford
CANS
Officer Johnson
Lt Russ   CAP Henson
Ronny King Superintendent
Officer CAP Hillmon Johnson
Office Brew
Lt Ross
Office Stowers

ADDRESS:
Post Box 14 19 Leakesville ms 39451
SMCI
Post Box 14 19 Leakesville ms 39451
Post Box 14 19 Leakesville ms 39451
Post Box 14 19 Leakesville ms 39451
Post Box 14 19 Leakes Ville ms 39451

2

# ADMINISTRATIVE REMEDIES PROGRAM

A. At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?

(Yes)( )   No ( )

B. Are you presently incarcerated for a parole or probation violation?

(Yes)( )   No ( )

C. Did you present the facts relating to your complaint in the administrative or grievance procedure in your institution?

(Yes)( )   No ( )

    1. If you answer to C is yes,

        a. State the date your claims were presented: JAN 8 2010

        b. State how your claims were presented. (Written request, verbal request, request for forms)

        written Request

        c. State the result of that procedure. **(You must attach a copy of the final result, such as a certificate from the administrator of the Administrative Remedies Program stating that you have exhausted your administrative remedies.)**

    2. If you have not filed a grievance, state the reasons: No

3

## STATEMENT OF CLAIM

III. State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet if necessary.)

On a possi bove date Jan 20-10 I.. was jump on by 6 Game member I did address this matt to the watch command before this matt took place I told the watch command donot send me back to the buil'd because there is 6 game member plan to jump on me when I come back to the buil'd When I went back to the buil'd them 6 game member jump on me there was a office name office Johnson pay 6 game member to jump on me I told the watch command I feel for my life if I go back to the buil'd SMCI put my life in danger I did Request for PC they state they was not going to put me on PC then the watch command send me back to the buil'd a second later soon I went back to the buil'd I was jump on by 6 game member they kick me in the face with there feet I was send to the hosp I was threat by staff member Feb 16 2010 I was jump on asain by them game member I did Report this to the staff they can say they did not know cause they was notify by ocice Hoskins 75124 that he was jump on in threat by game member in staff at SMCI

my right was violation because I report to the watch command on Jan 8 2010 that I feel for my life I was force to go back to the buil'd I was Refouse by the watch command to go back to the buil'd that I was jump on by 6 inmate I did tell the watch command if I go back to the buil'd I will get jump on.

I'm Request for the court to Grantei me $500 damages

### RELIEF

IV. State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes.

I would like for the court to give me $_____ dollar in time ser on my sentnece in place me on 5 year probation  $4500 dollar or $3000 dollar to sell out in the court for the money or just pay me 1500 dollar in time ser in Release me release me for put my life in danger I'm ask the court to pay me cause the prison violation my right I was russ to the hosp that same night them game member jump on me every staff At SMCI was a where I try to be place on PC cause I fear for my life they Refuse to place me in a one man cell I told the staff my life I'm not safe at SMCI I was jump on the staff was watch in the 6 inmat hwo jump on office Waitt Johnson 25 minn Before she call security

Signed this First day of Jan 8 2010, 2010.

_____
Ocie Hoskins
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

3  
2- 2010  
(Date)

_____
Ocie Hoskins
Signature of plaintiff(s)

4

