AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

| | | |
|---|---|---|
| PENNY BUFKIN | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) ) ) | Civil Action No.  2:10cv155-KS-MTP |
| C. EPPS, ET AL | ) ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Penny Bufkin
SMCI
Hwy 63 N.
Leakesville, MS  39451

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ocie Hoskins
#75124
CMCF
C-2, C-Zone, Bed #204
P. O. Box 88550
Pearl, MS 39288

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

J. T. NOBLIN
CLERK OF COURT

Date:    04/21/2011

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

| | |
|---|---|
| PENNY BUFKIN <br> *Plaintiff* <br> v. <br> C. EPPS, ET AL <br> *Defendant* | ) ) ) ) ) ) ) )  Civil Action No.  2:10cv155-KS-MTP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Beth Hillmon
SMCI
Hwy 63 N.
Leakesville, MS  39451

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ocie Hoskins
#75124
CMCF
C-2, C-Zone, Bed #204
P. O. Box 88550
Pearl, MS 39288

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

J. T. NOBLIN
CLERK OF COURT

Date:  04/21/2011                                     *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

| | | |
|---|---|---|
| PENNY BUFKIN | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. 2:10cv155-KS-MTP |
| C. EPPS, ET AL | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Unknown Johnson (Corrections Officer at SMCI)
SMCI
Hwy 63 N.
Leakesville, MS  39451

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ocie Hoskins
#75124
CMCF
C-2, C-Zone, Bed #204
P. O. Box 88550
Pearl, MS 39288

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

J. T. NOBLIN
CLERK OF COURT

Date: _____04/21/2011_____   _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | | |
|---|---|---|
| PENNY BUFKIN | ) | |
| _Plaintiff_ | ) ) ) | |
| v. | ) | Civil Action No. 2:10cv155-KS-MTP |
| C. EPPS, ET AL | ) ) ) | |
| _Defendant_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Joy Ross
SMCI
Hwy 63 N.
Leakesville, MS  39451


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ocie Hoskins
#75124
CMCF
C-2, C-Zone, Bed #204
P. O. Box 88550
Pearl, MS 39288

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

J. T. NOBLIN
CLERK OF COURT

Date: _____04/21/2011_____                                     _____
_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

| | | |
|---|---|---|
| PENNY BUFKIN | ) | |
| _Plaintiff_ | ) ) | |
| v. | ) ) | Civil Action No. 2:10cv155-KS-MTP |
| C. EPPS, ET AL | ) ) | |
| _Defendant_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Ryan Stowers
SMCI
Hwy 63 N.
Leakesville, MS  39451

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Ocie Hoskins
#75124
CMCF
C-2, C-Zone, Bed #204
P. O. Box 88550
Pearl, MS 39288

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

J. T. NOBLIN
CLERK OF COURT

Date: _____04/21/2011_____          _____[signature]_____
                                     _Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

| | | |
|---|---|---|
| PENNY BUFKIN | ) | |
| *Plaintiff* | ) ) | |
| v. | ) ) | Civil Action No. 2:10cv155-KS-MTP |
| C. EPPS, ET AL | ) ) | |
| *Defendant* | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Denise Brewer
SMCI
Hwy 63 N.
Leakesville, MS  39451

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ocie Hoskins
#75124
CMCF
C-2, C-Zone, Bed #204
P. O. Box 88550
Pearl, MS 39288

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

J. T. NOBLIN
CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

Date:   04/21/2011

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

| | | |
|---|---|---|
| PENNY BUFKIN | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 2:10cv155-KS-MTP |
| C. EPPS, ET AL | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Thomas Rushing
SMCI
Hwy 63 N.
Leakesville, MS  39451


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ocie Hoskins
#75124
CMCF
C-2, C-Zone, Bed #204
P. O. Box 88550
Pearl, MS 39288

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

J. T. NOBLIN

*CLERK OF COURT*

Date: _____04/21/2011_____           _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | | |
|---|---|---|
| PENNY BUFKIN | ) | |
| *Plaintiff* | ) ) | |
| v. | ) ) | Civil Action No.  2:10cv155-KS-MTP |
| C. EPPS, ET AL | ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Ronnie Lampley
SMCI
Hwy 63 N.
Leakesville, MS  39451

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ocie Hoskins
#75124
CMCF
C-2, C-Zone, Bed #204
P. O. Box 88550
Pearl, MS 39288

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

J. T. NOBLIN
CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

Date:   04/21/2011

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

PENNY BUFKIN )
)
*Plaintiff* )
)
v. ) Civil Action No. 2:10cv155-KS-MTP
)
C. EPPS, ET AL )
)
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Marcus Powe
SMCI
Hwy 63 N.
Leakesville, MS  39451

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ocie Hoskins
#75124
CMCF
C-2, C-Zone, Bed #204
P. O. Box 88550
Pearl, MS 39288

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

I, T. NOBLIN
CLERK OF COURT

Date:   04/21/2011

*Signature of Clerk or Deputy Clerk*